United States District Court
Southern District of Texas
**ENTERED**
February 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| K.A.R.M., *et al.*, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-581 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Petitioner K.A.R.M.'s action pursuant to 28 U.S.C. § 2241. After having reviewed the Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 17 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Respondents' Motion to Dismiss (Dkt. No. 14) should be **GRANTED**, and that the Petition under 28 U.S.C. § 2241 (Dkt. No. 1) should be **DISMISSED**.

The Clerk shall send a copy of this Order to counsel for Petitioner and counsel for Respondents.

SO ORDERED February 11, 2026, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge